# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950
(410) 962-2985 FAX

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2007 MAY -1  P 4:42

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

May 1, 2007

TO ALL COUNSEL OF RECORD

    Subject: *Inframap Corp. v. Accurate Infrastructure Data Inc., et al.*
           Civil Action No. WDQ-06-29

Dear Counsel:

    A copy of the Report and Recommendation of the United States Magistrate Judge is attached. Any objections you wish to make thereto must be made in accordance with Federal Rule of Civil Procedure 72, a copy of which is also attached. <u>Note</u>: Failure to file timely objections to the findings and recommendations set forth in this Report and Recommendation may result in waiver of your right to appeal from a judgment of this Court based on such findings and recommendations.

                              Very truly yours,

                              James K. Bredar
                              United States Magistrate Judge

                        By: *Charlotte M. Wyatt*
                              Deputy Clerk

cw
Enclosures: as described
cc: The Hon. William D. Quarles, Jr.
    Court file
    Chambers file

FEDERAL RULE OF CIVIL PROCEDURE 72

## MAGISTRATE JUDGES; PRETRIAL ORDERS

**(a) Nondispositive Matters.** A magistrate judge to whom a pretrial matter not dispositive of a claim or defense of a party is referred to hear and determine shall promptly conduct such proceedings as are required and when appropriate enter into the record a written order setting forth the disposition of the matter. Within 10 days after being served with a copy of the magistrate judge's order, a party may serve and file objections to the order; a party may not thereafter assign as error a defect in the magistrate judge's order to which objection was not timely made. The district judge to whom the case is assigned shall consider such objections and shall modify or set aside any portion of the magistrate judge's order found to be clearly erroneous or contrary to law.

**(b) Dispositive Motions and Prisoner Petitions.** A magistrate judge assigned without consent of the parties to hear a pretrial matter dispositive of a claim or defense of a party or a prisoner petition challenging the conditions of confinement shall promptly conduct such proceedings as are required. A record shall be made of all evidentiary proceedings before the magistrate judge, and a record may be made of such other proceedings as the magistrate judge deems necessary. The magistrate judge shall enter into the record a recommendation for disposition of the matter, including proposed findings of fact when appropriate. The clerk shall forthwith mail copies to all parties.

A party objecting to the recommended disposition of the matter shall promptly arrange for the transcription of the record, or portions of it as all parties may agree upon or the magistrate judge deems sufficient, unless the district judge otherwise directs. Within 10 days after being served with a copy of the recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within 10 days after being served with a copy thereof. The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.